UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ROY EUGENE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:04CV00073 AGF |
| ) | |
| JIM MOORE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff's motion to compel (Doc. #27). In Defendants' Response, they state their objections to Plaintiff's Request for Production of Documents are well-taken. The Court, however, does not have a copy of the Request for Production or the Response thereto. Although it is normally the moving party's obligation to file the discovery requests and responses at issue in any motion to compel, in light of Plaintiff's status, the Court will request this of Defendants.

Accordingly,

**IT IS HEREBY ORDERED** that on or before **April 26, 2006**, Defendants shall file with the Court a copy of Plaintiff's Request for Production of Documents and Defendants' Response and objections thereto.

**IT IS FURTHER ORDERED** that in the event Plaintiff wishes to file any motion to compel discovery responses in the future, he shall file as an exhibit to his motion copies of the discovery requests and responses at issue.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 19th day of April, 2006.