UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| ROY EUGENE HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:04CV00073 AGF |
| | ) | |
| JIM MOORE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that Plaintiff's motion [Doc. #27] to compel

production of documents requested in Plaintiff's first request for production of documents

is **GRANTED** in part and **DENIED** in part. The motion is denied with respect to

Plaintiff's Request No. 6 seeking "Any and all relevant documentation the defendants

anticipate to use at trial in defense of Plaintiff's lawsuit." This request is overly broad, as

claimed by Defendants. The remainder of Plaintiff's requests are neither overly broad

nor unduly burdensome. To the extent that Plaintiff may have mislabeled a policy

statement he seeks, Defendants shall in good faith attempt to identify the document(s)

Plaintiff seeks, and to the extent that Defendants have not already complied with these

requests, Defendants shall do so within ten (10) days of the date of this Order. Plaintiff's

request for sanctions against Defendants is denied. The Court reminds Defendants that

Plaintiff is proceeding pro se in this matter, and the Court expects the parties to engage in

discovery in good faith.

**IT IS FURTHER ORDERED** that Plaintiff's motion [Doc. #29] for an extension of the discovery deadline in this case is **GRANTED**. The discovery deadline shall be extended to May 19, 2006. The deadline for filing dispositive motions shall be moved from May 12, 2006, to June 19, 2006.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of May, 2006.