UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ROY EUGENE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:04CV73 AGF |
| ) | |
| JIM MOORE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's "Motion for Leave to File Publications" (Doc. #34) shall be construed as a motion to amend the complaint to add claims under the statutory and constitutional provisions cited in the motion. Defendants shall have up to and including May 12, 2006, to respond to the motion.

                                                              *Audrey G. Fleissig*
                                                              AUDREY G. FLEISSIG
                                                              UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of May, 2006.