UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ROY EUGENE HARRIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 2:04CV00073 AGF |
| | ) |
| JIM MOORE, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

This matter is before the Court on several motions of the parties.

Upon review of the file,

**IS HEREBY ORDERED** that Plaintiff's motion [Doc. #37] for appointment of counsel is **GRANTED**.

**IT IS FURTHER ORDERED** that James F. Bennett, BRYAN CAVE LLP, 211 N. Broadway, Suite 3600, St. Louis, MO, 63102, phone 314-259-2000, fax 314-259-2020, is appointed to represent Plaintiff in this matter. The Clerk of Court shall provide Plaintiff's newly-appointed counsel with a complete copy of the court file at no cost.

**IT IS FURTHER ORDERED** that Defendants' motion [Doc. #41] to dismiss the case for Plaintiff's failure to prosecute is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion [Doc. #44] to compel Defendants to provide more complete answers to certain interrogatories and Plaintiff's motion [Doc. #34] to amend the complaint (labeled by Plaintiff as a motion for leave to file publications) are **DENIED without prejudice** to Plaintiff refiling such motions with

the assistance of newly-appointed counsel. Counsel shall have 45 days from the date of this Order to file an amended complaint.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of June, 2006.