UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ROY EUGENE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:04CV0073 AGF |
| ) | |
| JIM MOORE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On June 23, 2006, this Court granted Plaintiff's motion for appointment of counsel. All future contact by Plaintiff with the Court must be through appointed counsel.

Accordingly,

**IS HEREBY ORDERED** that Plaintiff's pro se motion for modification of the Court's Order granting Defendants additional time to file a motion for summary judgment is **DENIED without prejudice**. [Doc. #57]

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of June, 2006.